Drew Henwood, Esq.
Law Offices of Drew Henwood
41 Sutter Street, Suite 621
San Francisco, CA 9410\4
California Bar No. 184529
(415) 362-7412
(415) 362-7290 fax

Attorney for Debtor

Myra Gulley

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | Case No. 10-33478 |
| Dao Q Pham and Phuong Pham, | Chapter 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE MAIL AND EMAIL**

I am employed in the County of San Francisco, State of California. I am at least 18 years of age and not a party to the within action; my business address is 41 Sutter Street, Suite 621, San Francisco, California, 94104.

On the 19th day of October 2010, I served the interested parties with the document described as follows: **CHAPTER 13 PLAN; NOTICE OF CHAPTER 13 BANKRUPTCY CASE, MEETING OF CREDITORS & DEADLINES;**

By placing a true copy thereof enclosed in a sealed envelope addressed and hand-delivered as follows:

Cypress Lawn
1370 El Camino
Colma, CA 94104

1 | Executed on the 19th day of October, 2010 at San Francisco, California.
2 |     I declare under penalty of perjury that the above statements are true to the best of my
3 | knowledge and belief and that I am employed by a member of the bar of this Court at whose
4 | direction this service was made.

6 | /s/ Steve Kolkey
   | STEVE KOLKEY
7 | Paralegal for Drew Henwood, Esq.